STATE of Missouri, Plaintiff/Respondent,

v.

Richard A. BOOTH, Defendant/Appellant.

Richard A. BOOTH, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59735, 62379.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 10, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 8, 1993.

Application to Transfer Denied
Oct. 26, 1993.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

A jury convicted defendant of first degree murder and armed criminal action. He received life imprisonment without possibility of parole on the murder count and 25–years imprisonment on the armed criminal action count. He now appeals that judgment and the denial of his Rule 29.15 motion. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).